UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| L. SEVILLE PARKS,<br><br>   Plaintiff,<br><br>v.<br><br>DEBRA BROOKS, ADAM ENDEL, E.K. MCDANIEL, CLAUDE WILLIS, LORENA IRVIN, TONY JONES, RICHARD FALGE, LT. BOOK, ARTHUR NEAGLE, CALVIN PECK, PAUL HUNT, ROD LIGHTSEY, JAMES L. MITCHELL, DANIEL L. SCHMIDT, LANCE J. PIERCE, ROBERT GARDNER, CRAIG J. BYBEE, JOSEPH M. HOLIDAY, DAVID BRUMLEY, CHARLES COLEMAN, CINDY ULCH,<br><br>   Defendants. | 03:06-CV-00095-LRH-VPC<br><br>ORDER |

  Presently before the court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (# 121[1]), recommending that plaintiff L. Seville Parks's ("Parks") Motion for Temporary Restraining Order and Preliminary Injunction (# 42) be denied. Parks has filed an objection (# 126), to which Defendants have filed an opposition (# 128). Parks has subsequently replied (# 132).

  The court has considered the pleadings and memoranda of the parties and other relevant

---

[1]Refers to the court's docket number.

1 matters of record and has made a de novo review and determination in accordance with the
2 requirements of 28 U.S.C. § 636 and applicable case law.  As a result of this review, the court has
3 determined that Judge Cooke's Report and Recommendation (# 121) should be accepted and
4 adopted.
5      IT IS THEREFORE ORDERED that the court hereby ADOPTS and ACCEPTS the Report
6 and Recommendation of the United States Magistrate Judge (# 121).  Parks's Motion for
7 Temporary Restraining Order and Preliminary Injunction (# 42) is hereby DENIED.
8      IT IS SO ORDERED.
9      DATED this 23rd day of March, 2007.

                                                                 LARRY R. HICKS
                                                                  UNITED STATES DISTRICT JUDGE