## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| L. SEVILLE PARKS, | ) | 3:06-CV-0095-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 7, 2007 |
| DEBRA BROOKS, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On July 18, 2006, this court declared plaintiff a vexatious litigant, and ordered that he obtain leave of court prior to filing any motions or papers with the court (#63). On April 9, 2007, plaintiff filed a reply to defendants' opposition to plaintiff's properly filed motion for summary judgment (#147). Plaintiff attached a number of exhibits to his reply. *Id*. Through exhibit B, plaintiff attempts to submit two motions which this court has already rejected pursuant to the pre-filing order declaring plaintiff a vexatious litigant. *Compare* #147, Exhibit B *with* #116 and #120 (emergency motion for stay submitted and rejected twice) and #125 (motion for appointment of counsel submitted and rejected once). On May 16, 2007, defendants filed a motion to strike these exhibits (#161). The court finds that the plaintiff is clearly attempting to circumvent this court's rulings. Defendants' motion to strike (#161) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
     Deputy Clerk