```
✓ FILED          ___ RECEIVED
___ ENTERED          ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        SEP 2 7 2007

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| L. SEVILLE PARKS, | ) | |
| | ) | |
| Plaintiff, | ) | 03:06-CV-00095-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Presently before the court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (# 167[1]) entered on August 7, 2007, recommending that Plaintiff's Motion for Summary Judgment (# 108) be denied and Defendants' Motion for Summary Judgment (# 141) be granted. Plaintiff has filed Objections to the Report and Recommendation (## 174, 176) to which Defendants subsequently responded (# 177).

The court has conducted a *de novo* review and has fully considered the objections of Plaintiff, the pleadings and memoranda of the parties, and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1) and Local Rule IB 3-2. As a result of this review, the court determines that the Magistrate Judge's Report and Recommendation (# 167) should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and

---

[1] Refers to the court's docket number.

1 | Recommendation (# 167) is ADOPTED and ACCEPTED. Plaintiff's Motion for Summary
2 | Judgment (# 108) is hereby DENIED. Defendants' Motion for Summary Judgment (# 141) is
3 | hereby GRANTED.
4 |     IT IS SO ORDERED.
5 |     DATED this 27th day of September, 2007.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE